# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:   Jody Olthof and
　　　　Jeanine Olthof　　　　　　　　　　Case No.: HG 10-01457
　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

　　　　　　Debtor(s).
_____/

## PROOF OF SERVICE

**Documents served:** Order Granting Debtors Motion for Twelve Day Extension of Time to File Schedules, Statements and Chapter 13 Plan

**Persons served (with addresses):** Mr. and Mrs. Olthof, 13056  144th, Grand Haven, MI 49417

**( ) A matrix of creditors served is attached.**

The undersigned certifies that a copy of the documents listed  above were served upon the parties listed above at their respective addresses by regular first-class mail, postage pre-paid, by placing the envelopes in the mail on the date indicated below.

Date of Service: 01 March 2010　　　　　　I declare that the statement above is true to the best of my information, knowledge and belief.


　　　　　　　　　　　　　　　　　　　　　　/s/ Meridith Knoll
　　　　　　　　　　　　　　　　　　　　　　Meridith Knoll, Assistant to
　　　　　　　　　　　　　　　　　　　　　　Roger G. Cotner, Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　COTNER LAW OFFICE
　　　　　　　　　　　　　　　　　　　　　　220 Franklin Avenue
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 838
　　　　　　　　　　　　　　　　　　　　　　Grand Haven, MI 49417
　　　　　　　　　　　　　　　　　　　　　　616-846-7153
　　　　　　　　　　　　　　　　　　　　　　cotner@chartermi.net