UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

———————

In re:  Jody Olthof and
       Jeanine Olthof

                                  Case No.: 10-01457
                                Chapter 13

       Debtor(s).
_____/

**PROOF OF SERVICE**

**Documents served:** Notice and Order Re: Debtor's February 24, 2010 Motion to Convert from Chapter 7 to Chapter 13

**Persons served (with addresses):**

**(x) A matrix of creditors served is attached.**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed above at their respective addresses by regular first-class mail, postage pre-paid, by placing the envelopes in the mail on the date indicated below.

Date of Service:    09 March 2010    I declare that the statement above is true to the best of my information, knowledge and belief.

/s/ Russell W. Cotner
Russell W. Cotner, Assistant to
Roger G. Cotner, Attorney for Debtor(s)
COTNER LAW OFFICE
220 Franklin Avenue
P.O. Box 838
Grand Haven, MI 49417
616-846-7153
cotner@chartermi.net