| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 10-01457-jrh<br>Western District of Michigan<br>Grand Rapids<br>Fri Mar  5 14:50:52 EST 2010 | Allied Collection Grou<br>Po Box 2878<br>Holland MI 49422-2878 | Asset Acceptance<br>Po Box 2036<br>Warren MI 48090-2036 |
| Bank Of America<br>Po Box 17054<br>Wilmington DE 19850-7054 | Bank Of America<br>c/o Roger G. Cotner<br>Cotner Law Office<br>220 Franklin Avenue<br>P.O. Box 838<br>Grand Haven, MI 49417-0838 | Beechtree Family Dentistry<br>927 S. Beechtree<br>Suite 5<br>Grand Haven MI 49417-2386 |
| Beneficial Michigan<br>5331 Harvey<br>Muskegon MI 49444-9767 | Capital 1 Bank<br>Attn:  American Infosource<br>Po Box 54529<br>Oklahoma City OK 73154-1529 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg MD 20898-9438 |
| Roger G. Cotner<br>Cotner Law Office<br>220 Franklin Avenue<br>P.O. Box 838<br>Grand Haven, MI 49417-0838 | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin TX 78708-1577 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington DE 19850-5316 |
| Emerge/fnbo<br>P.o. Box 723896<br>Atlanta GA 31139-0896 | FNB Omaha<br>1620 Dodge Street<br>Omaha NE 68197-0003 | Gemb/jcp<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 |
| Gemb/meijer<br>Attn: Bankruptcy<br>Po Box 103104<br>Atlanta GA 30076-9104 | General Electric Company<br>Fairfield CT 06828-0001 | Hackley Hospital<br>PO Box 3302<br>Muskegon MI 49443-3302 |
| Hsbc/rs<br>Attn: Bankruptcy<br>961 Weigel Dr<br>Elmhurst IL 60126-1058 | Hsbc/rs<br>Hsbc Retail Services Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream IL 60197-5263 | Huntington Natl Bk<br>Attention:  Bankruptcy<br>2361 Morse Road<br>Columbus OH 43229-5856 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston TX 77274-0281 | MI DEPT OF TREASURY<br>COLLECTION DIVISION/BANKRUPTCY<br>PO BOX 30168<br>LANSING, MI 48909-7668 | Marcia R. Meoli<br>Hann Persinger PC<br>PO Box 1559<br>Holland, MI 49422-1559 |
| Michigan Dept. of Treasury<br>Tax Collection Enforcement<br>Bankruptcy Section<br>Treasury Building<br>Lansing, MI 48922-0001 | Michigan Unemployment Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 11-500<br>Detroit, MI 48202-6024 | North Ottawa Comm. Hospital<br>1309 Sheldon Road<br>Grand Haven MI 49417-2488 |
| Jeanine Rochelle Olthof<br>13056 144th Ave.<br>Grand Haven, MI 49417-9141 | Jody Lee Olthof<br>13056 144th Ave.<br>Grand Haven, MI 49417-9141 | Paramount<br>307 Center Street<br>Muskegon MI 49445-3193 |

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Professional Med Team Inc         SECRETARY OF THE TREASURY
PO BOX 41067                              965 Fork                          15TH & PENNSYLVANIA
NORFOLK VA 23541-1067                     Muskegon MI 49442-3257            WASHINGTON, DC 20220-0001


SECURITIES & EXCHANGE COMM                (p)SNAP ON CREDIT LLC             UNITED STATES TRUSTEE
BANKRUPTCY SECTION                        950 TECHNOLOGY WAY                THE LEDYARD BUILDING, 2ND FLOOR
175 W. JACKSON BLVD.                      SUITE 301                         125 OTTAWA NW, SUITE 200R
SUITE 900                                 LIBERTYVILLE IL 60048-5339        GRAND RAPIDS, MI 49503-2837
CHICAGO, IL 60604-2815


Wfnnb/gander Mountain
4590 E Broad St
Columbus OH 43213-1301
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Rc                              Snap-on Credit Llc
Attn: Bankruptcy                          1125 Tri-State Par
120 Corporate Blvd Suite 100              Gurnee IL 60031
Norfolk VA 23502
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jeffrey R. Hughes                      (d)United States Trustee          End of Label Matrix
                                          The Ledyard Building, 2nd Floor   Mailable recipients    36
                                          125 Ottawa NW, Suite 200R         Bypassed recipients     2
                                          Grand Rapids, MI 49503-2837       Total                  38
```